IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NEMAT PULOTOV,<br><br>               Plaintiff,<br><br>   v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES et al,<br><br>               Defendants. | CIVIL ACTION<br>NO. 16-6067 |

## **ORDER**

**AND NOW**, this 16th day of February 2018, upon consideration of the Complaint (Doc. No. 1); Plaintiff's Motion for Summary Judgment (Doc. No. 13); Defendants' Motion for Summary Judgment (Doc. No. 14); Defendants' Statement of Undisputed Facts in Support of Defendants' Motion for Summary Judgment (Doc. No. 15); Defendants' Response in Opposition to Plaintiff's Motion for Summary Judgment (Doc. No. 16); the arguments of counsel for the parties at the October 12, 2017 hearing; and in accordance with the Opinion issued this day, it is it is **ORDERED** as follows:

1. The case is **DISMISSED** for lack of subject matter jurisdiction.

2. Plaintiff's Motion for Summary Judgment (Doc. No. 13) is **DENIED**.

3. Defendants' Motion for Summary Judgment (Doc. No. 15) is **GRANTED**.

4. The Clerk of Court shall close this case for statistical purposes.

                                                  BY THE COURT:


                                                  /s/ Joel H. Slomsky
                                                  JOEL H. SLOMSKY, J.